**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

---

No. 94-4984

---

KOTAM ELECTRONICS, INC.,

                                        Plaintiff-Appellee,


                versus

JBL CONSUMER PRODUCTS, INC.,

                                        Defendant-Appellant.

---------------------------
Appeal from the United States District Court for the
Southern District of Florida
---------------------------


ON PETITION FOR REHEARING
(Opinion July 28, 1995, 11th Cir., 1995, ___ F.2d ___)

(November 8, 1995)

Before TJOFLAT, Chief Judge, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges.

B Y   T H E   C O U R T :


        A member of this court in active service having requested a poll on suggestion for rehearing en banc, and a majority of the judges of this court in active service having voted in favor of granting a rehearing en banc,

        IT IS ORDERED that the above cause shall be reheard by this court en banc.  The previous panel's opinion is hereby VACATED.